# CERTIFICATE OF SERVICE

I hereby certify that on this the 16TH day of September, 2011, copies of debtor's <u>Amended Statement of Financial Affairs, Amended Summary of Schedules, Amended Schedule B and Declaration of LLC Manager</u> for Case No.: 11-26830 was sent electronically to

Leonidas Koutsoufitikis
lkouts@magruderpec.com
mcook@magruderpec.com

Leander D. Barnhill
leander.d.barnhill@usdoj.gov
US Trustee- Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

and a copy of debtor's <u>Amended Statement of Financial Affairs, Amended Summary of Schedules, Amended Schedule B and Declaration of LLC Manager</u> for Case No.: 11-26830 was mailed, postage prepaid to the parties on the attached service list.

/s/Sharon Theodore-Lewis
Sharon Theodore-Lewis

ranch of Reorganization
Sec. & Exch. Commission
Lenox Road NE (Suite 1000)
GA 30326-3235

iternal Revenue Service
)0 Arch St
iladelphia, PA 19106-1695

on Koutsouftikis
gruder, Cook, Carmody & Koutsouftikis
89 Preston White Drive, Suite 200
ston, VA 20191-4369

ate of Maryland DLLR
vision of Unemployment Insurance
00 N. Eutaw Street, Room 401
ltimore, MD 21201-2201

nis Brown
10 Woodsong Lane
chellville, MD 20721-4224

c/o Alan C. Cotton, Esq.
3300 Enterprise Parkway
Beachwood, OH 44122-7200

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Prince George's County
Treasurer Division
Room 1090
Upper Marlboro, MD 20772

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201-3020

Sharon Theodore-Lewis
Patrick Henry LLP
9470 Annapolis Rd.
Suite 312

Greenbelt II
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Developers Diversified Realty
300 Enterprise Parkway
Beachwood, OH 44122

Kevin B. McParland
BERGMAN, BERBERT, SCHWARTZ & GILDAY, LLC
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814-3202

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

Andrena Brown
14510 Woodsong Lane
Mitchellville, MD 20721-4224

ernal Revenue Service
tralized Insolvency Sect
3ox 21126 (DP-N-781)
ladelphia, PA 19114



3300 Enterprise Pkwy,
P.O. Box 228042
Beachwood, OH 44122

Anne M. Magruder, Esq.
Leon Koutsouftifis, Esq.
1889 Preston White Drive, Suite 200
Reston, VA 20191

Comptroller of Maryland
Compliance Division,
301 W. Preston St,
Baltimore, MD 21201

Press, Potter & Dozier, LLC
7910 Woodmont Ave, Suite 1350
Bethesda, MD 20814

Pepco/Viridian
Pepco, P.O. Box 13608
Philadelphia, PA 19101

Viridian Energy,
64 N. Main St.,
Norwalk, CT 06854

Washington Real Estate Investment Trust,
6110 Executive Blvd, Ste. 800
Rockville, MD 20852

Verizon
42 Y, P.O. Box 660720,
Dallas, TX 75266

Comcast
P.O Box 3006,
Southeastern, PA 19398

Sports and Fitness,
P.O. Box 1967,
Madison, MS 39130

465 Springpark Pl., Ste 550,
Herndon, VA 20170

Washington Parent Magazine
4701 Sangamore Rd, Suite N270
Bethesda, MD 20816-2528

Sprint
P.O. Box 660075,
Dallas, TX 75266

Western Pest Service
202 Perry Pkwy, Suite 2,
Gaithersburg, MD 20877-2172

Paychex
P.O. Box 4482
Carol Stream, IL 60197-4482

J. Arthur Brown & Associates,
4506 St. Barnabas Rd, #103,
Temple Hills, MD 20748-1903

Waste Management
POB 13648,
Philadelphia, PA 19101-3648

Waste Management
2625 W. Grandview Rd,
Phoenix, AZ 85023



Dream House Windows
11600 Cross Roads Circle
Suite H
White Marsh, MD 21220

Washington Gas
P.O.Box 37747
Philadelphia, PA 19101

Capital One(Visa)
P.O. Box 71083
Charlotte, NC 28272-1083

HSBC Card Services
P.O. Box 80084
Salinas, CA 93912

Rankin Ortho & Sports Medicine
1160 Varnum St, NE
WDC 20017

Orthocare Solution Inc.
P.O. Box 84090
Gaithersburg, MD 20883

Bowie Health Center
P.O.Box 1780
Bowie, MD 20716

Ricardo Pyfrom, MD
6035 Burke Cnt Pkwy
Suite 390
Burke, VA 22015

JP Recovery Services Inc.
P.O. Box 16749
Rocky River, OH 44116

Grace Care LLC
P.O. Box 338
Saint Leonard, MD 20685

TruGreen
P.O. Box 9001501
Louisville, KY 40290

National Financial Group
6110 Executive Blvd.
Suite 100
Rockville, MD 20850

Baltimore Gas & Electric
P.O.Box 13070
Philadelphia, PA 19101